IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06 CV 4191 |
| | ) |
| v. | ) Judge Amy St. Eve |
| | ) |
| THE CHILDREN'S PLACE RETAIL STORES, INC., LIMITED TOO, INC., IDEA NUOVA, INC., CHARLES PRODUCTS, INC. and LOVE FROM MINNESOTA, INC., | ) Magistrate Judge Schenkier ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## AGREED MOTION FOR
## ENTRY OF CONSENT JUDGMENTS

NOW COME plaintiff, GLJ, LLC d/b/a O2-Cool ("O2-Cool"), and defendants, Idea Nuova, Inc. ("Idea Nuova") and Limited Too, Inc. ("Limited Too"), by and through their counsel, and respectfully move this Court to enter the Consent Judgments, copies of which are attached hereto as Exhibits A and B.

As the Court can see, O2-Cool has agreed to accept a payment from Idea Nuova in settlement of the dispute as well as entry of a consent judgment acknowledging that U.S. Patent No. 5,338,495 is valid and has been infringed by

Idea Nuova. In addition, the consent judgment provides for entry of an injunction against future acts of infringement by Idea Nuova (Exhibit A).

In view of the resolution of the dispute with Idea Nuova, O2-Cool and Limited Too, a customer of Idea Nuova, have also agreed to entry of a consent judgment (Exhibit B). The terms of that judgment are the same as the consent judgment with Idea Nuova but for the fact that no monetary payment is due from Limited Too.

WHEREFORE, O2-Cool, Idea Nuova and Limited Too requests entry of the Consent Judgment agreed to by O2-Cool and Idea Nuova and the Consent Judgment agreed to by O2-Cool and Limited Too.

Date: January 5, 2007

/s/Keith V. Rockey
KEITH V. ROCKEY
KATHLEEN A. LYONS
  Rockey, Depke, Lyons & Kitzinger, LLC
  233 S. Wacker Drive
  Suite 5450 Sears Tower
  Chicago, IL 60606-6306
  Telephone: (312) 277-2006
  Facsimile: (312) 441-0570

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 5, 2007, a true and correct copy of the foregoing AGREED MOTION FOR ENTRY OF CONSENT JUDGMENTS was filed electronically with the Clerk of Court's CM/ECF System. Copies of the foregoing will be e-mailed to the following counsel:

>Ronald L. Panitch, Esq.
>rpanitch@akingump.com
>Akin Gump Strauss Hauer & Feld LLP
>One Commerce Square
>2005 Market Street, Suite 2200
>Philadelphia, PA 19103-7013
>
>James D. Kole
>jkole@sidley.com
>SIDLEY AUSTIN LLP
>One South Dearborn Street
>Chicago, Illinois 60603
>
>Philip T. Shannon, Esq.
>pshannon@frosszelnick.com
>Fross Zelnick Lehrman & Zissu, P.C.
>866 United Nations Plaza
>At First Avenue & 48th Street
>New York, NY 10017

/s/Keith V. Rockey
One of Plaintiff's Counsel