Order Form (01/2005)
# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy J. St. Eve | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 4191 | **DATE** | 1/18/2007 |
| **CASE TITLE** | GLJ, LLC d/b/a 02-COOL vs. The Children's Place Retail, et al | | |

**DOCKET ENTRY TEXT**

Enter Consent Judgment.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | TH |
|---|---|---|



2007 JAN 18 PM 5:26

06C4191 GLJ, LLC d/b/a 02-COOL vs. The Children's Place Retail, et al    Page 1 of 1