IN THE UNITED STAES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 06 CV 4191 |
| | ) |
| v. | ) Judge Amy St. Eve |
| | ) |
| THE CHILDREN'S PLACE RETAIL STORES, INC., LIMITED TOO, INC., IDEA NUOVA, INC., CHARLES PRODUCTS, INC. and LOVE FROM MINNESOTA, INC., | ) Magistrate Judge Schenkier |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

This matter having come before this Court on the motion of plaintiff, GLJ, LLC d/b/a O2-Cool ("O2-Cool") and defendant, The Children's Place Retail Stores, Inc. ("The Children's Place"), for entry of a consent judgment;

WHEREAS, O2-Cool and The Children's Place have agreed to compromise and settle their claims in this litigation and have advised the Court as to that fact; and

WHEREAS, O2-Cool and The Children's Place have agreed to the entry of this judgment as indicated by signature of counsel below;

NOW, THEREFORE, it shall be and is hereby ordered, adjudged and decreed;

1. This Court has jurisdiction over the subject matter of this action and has personal jurisdiction over the parties hereto.

2. O2-Cool is the owner of the United States Letters Patent No. 5,338,495.

3. The Children's Place, Inc. by its purchase, use and sale of portable misting fans incorporating a spray bottle has infringed the claims of United States Letters Patent No. 5,338,495.

4. Commencing on the date of entry of this judgment, The Children's Place, Inc., its officers, directors, employees, agents, attorneys, successors or assigns and those in active concert or participation with any of the foregoing, are hereby henceforth permanently enjoined and prohibited from infringing any of the valid claims of United States Letters Patent No. 5,338,495 by the manufacture, use or sale of portable misting fans incorporating a spray bottle of the type having a disengageable fluid reservoir.

5. The Children's Place agrees, and is hereby ordered, to pay to O2-Cool the sum of Five Thousand Dollars ($5,000.00) within fifteen (15) days of the date of entry of this judgment.

6. In consideration of the undertakings set forth herein, and other good and valuable consideration, O2-Cool, on behalf of its agents, representatives, directors, officers, affiliates, predecessors, successors and assigns, hereby releases and discharges The Children's Place and its agents, representatives, directors, officers, affiliates, predecessors, successors and assigns from any and all actions, causes of action, suits, in law or equity, which O2-Cool now has, may now have or had arising out of the '495 patent prior to the date of entry of this judgment, provided, however, that this release does not release or discharge The Children's Place from its obligations under this Agreement.

7. O2-Cool and The Children's Place are to bear their own costs and attorney fees incurred in this litigation.

8.  The Complaint as to The Children's Place is hereby dismissed with prejudice, this Court retaining jurisdiction over the parties for purposes of enforcing the provisions of this judgment.

Entered January 18, 2007

_____
Judge Amy St. Eve
United States District Judge

Agreed to as to form and content:

_____
KEITH V. ROCKEY
KATHLEEN A. LYONS
Rockey, Depke, Lyons
 & Kitzinger, LLC
Sears Tower, Suite 5450
233 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 277-2006
Facsimile: (312) 441-0570

Attorneys for Plaintiff GLJ, LLC

_____
ROBERT W. SACOFF
Pattishall, McAuliffe, Newbury, Hilliard &
 Geraldson LLP
311 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 554-8000

Attorneys for Defendant
The Children's Place Retail Stores, Inc.