IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLJ, LLC d/b/a O2-COOL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06 CV 4191 |
| | ) | |
| v. | ) | Judge Amy St. Eve |
| | ) | |
| THE CHILDREN'S PLACE RETAIL | ) | Magistrate Judge Schenkier |
| STORES, INC., LIMITED TOO, INC., | ) | |
| IDEA NUOVA, INC., CHARLES | ) | |
| PRODUCTS, INC. and LOVE FROM | ) | |
| MINNESOTA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED MOTION FOR
ENTRY OF CONSENT JUDGMENT

NOW COME plaintiff, GLJ, LLC d/b/a O2-Cool ("O2-Cool"), and

defendants, Charles Products, Inc. and Love From Minnesota, Inc. ("defendants"),

by and through their counsel, and respectfully move this Court to enter the Consent

Judgment, a copy of which is attached hereto as Exhibit A.

As the Court can see, O2-Cool has agreed to accept a payment from

the defendants in settlement of the dispute as well as entry of a consent judgment

acknowledging that U.S. Patent No. 5,338,495 is valid and has been infringed by

defendants. In addition, the consent judgment provides for entry of an injunction against future acts of infringement by defendants (Exhibit A).

WHEREFORE, in view of the foregoing, O2-Cool and defendants request entry of the Consent Judgment agreed to by the parties.


Date: May 7, 2007

/s/Kathleen A. Lyons
KEITH V. ROCKEY
KATHLEEN A. LYONS
  Rockey, Depke, Lyons & Kitzinger, LLC
  233 S. Wacker Drive
  Suite 5450 Sears Tower
  Chicago, IL 60606-6306
  Telephone: (312) 277-2006
  Facsimile: (312) 441-0570

  Attorneys for Plaintiff

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 7, 2007, a true and correct copy of the foregoing AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT was filed electronically with the Clerk of Court's CM/ECF System, which will provide electronic notice to the following:

April D. Lambert
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois  60603


/s/Kathleen A. Lyons
One of Plaintiff's Counsel